**No. 26-6950**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

**A.M.A.S.**,
Plaintiff-Appellee,

v.

**MARKWAYNE MULLIN, et al.**,
Defendants-Appellants.

---

On Appeal from the United States District Court
for the District of Arizona
District Court Case No. 26-cv-06601-PHX-JCH

---

# APPELLANTS' SUPPLEMENT TO THEIR EMERGENCY MOTION FOR STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

SARAH WELCH
Counsel to the Assistant Attorney General

MATTHEW P. SEAMON
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel
U.S. Department of Justice,
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044

Defendants submit this supplement to their emergency motion submitted on October 22, 2026 (Dkt. No. 8-1).

Today, October 23, 2026, Plaintiff A.M.A.S. moved for a temporary restraining order requesting that the district court prohibit "Defendants from removing DHS contract plane with the tail number N703KW," which Plaintiff states is currently in Equatorial Guinea, "unless or until A.M.A.S. is on board" for return to the United States. ECF No. 25 at 2. The Court issued an order requiring Defendants, by 5:00 pm (Arizona time) to file a status report explaining, among other things, why "it is not a reasonable step within Defendants' control to place Plaintiff on that aircraft for return to the United States." ECF No. 26 at 4.

This latest filing and order underscore the likelihood of judicial interference with ongoing Executive Branch operations and conduct of international diplomacy, absent a stay pending appeal. Defendants reiterate their request for an immediate administrative stay.

Dated: October 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

SARAH WELCH
Counsel to the Assistant Attorney General

MATTHEW P. SEAMON
Assistant Director

*/s/ Mary L. Larakers*
MARY L. LARAKERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 598-2443
Mary.L.Larakers@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on October 22, 2026, I caused the forgoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ ECF system. Plaintiffs' counsel are registered CM/ ECF users and will be served through the CM/ ECF system.

*/s/ Mary L. Larakers*
MARY L. LARAKERS
Senior Litigation Counsel