UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

A. M. A. S.,

Plaintiff - Appellee,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security, in official capacity; et al.,

Defendants - Appellants.

No. 26-6950

D.C. No.
2:26-cv-06601-JCH
District of Arizona,
Phoenix

ORDER

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

The court has received the emergency motion to stay. The request for an administrative stay is denied. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). The response to the emergency motion is due October 27, 2026. The optional reply in support of the stay is due October 28, 2026.