UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| A. M. A. S.,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, Department of Homeland Security, in official capacity; et al.,<br><br>Defendants - Appellants. | No. 26-6950<br><br>D.C. No.<br>2:26-cv-06601-JCH<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

The court's October 23, 2026 order is vacated.

We administratively stay the district court's October 6, 2026 order and judgment pending resolution of the motion for a stay pending appeal. We refer the motion for a stay pending appeal to the panel that will be assigned to decide the merits of this appeal. We take no position on the merits of the motion.

We expedite this appeal. The opening brief is due November 13, 2026. The answering brief is due November 30, 2026. The optional reply brief is due December 7, 2026. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

The clerk will place this case on the calendar for January 2027. *See* 9th Cir. Gen. Ord. 3.3(g).